```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/4/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
FIGUEROA,

                    Plaintiff,

    -against-

NEW YORK SHAVING CORPORATION,

                  Defendant.
------------------------------------------------------------------- x

1:18-CV-10837 (ALC) (KNF)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Parties are hereby ORDERED to submit a joint status report to the Court on or before July 3, 2020.

**SO ORDERED.**

**Dated:**    New York, New York
             June 4, 2020

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**